## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:18CV213

| | | |
|---|---|---|
| **RONALD G. DEAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WELLS FARGO BANK, NATIONAL** | ) | |
| **ASSOCATION and DENISE DEAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

This matter is before the Court on a Motion for <u>Pro</u> <u>Hac</u><u>Vice</u> Admission (# 22) filed by attorney and local counsel Matthew T. Houston. The applicant, David E. Fialkow ("Fialkow"), practices with K&L Gates, LLP in Boston Massachusetts. Fialkow is also a member in good standing of the highest court of Massachusetts. Finally, Fialkow has paid this Court's $281.00 filing fee.

The Court finds good cause for the relief requested. Therefore, the Motion for <u>Pro</u> <u>Hac</u> <u>Vice</u> Admission (# 22) is GRANTED. The Court **ADMITS** attorney David E. Fialkow to represent Wells Fargo, N.A. and practice before this Court while associated with local counsel in this case.

Signed: August 30, 2018

Dennis L. Howell
United States Magistrate Judge